JOSEPHINE BINETTI McPEAK, ESQ. (NSBN 7994)
KRISTEN T. GALLAGHER, ESQ. (NSBN 9561)
AMANDA C. YEN, ESQ. (NSBN 9726)
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave, Suite 1000
Las Vegas, NV 89102
Telephone (702) 873-4100
Facsimile  (702)873-9966
jbinetti@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com
ayen@mcdonaldcarano.com

*Attorneys for Defendants/Counterclaimants*
*Bernie (Bernard) Chase and Chris Andreoli*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ED ROMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BERNIE (BERNARD) CHASE, WILLIAM (BILL) HARGER, CHRIS ANDREOLI and DOES 1-30, inclusive,<br><br>　　　　　　Defendants.<br><br>BERNIE (BERNARD) CHASE, an individual; and CHRIS ANDREOLI, an individual;<br><br>　　　　　　Counterclaimants,<br><br>vs.<br><br>ED ROMAN, an individual; and ED ROMAN ENTERPRISES, INC., a Nevada corporation,<br><br>　　　　　　Counterdefendants. | Case No.: 2:09-cv-01476-JCM-LRL<br><br>**ERRATA TO STIPULATION AND ORDER TO CONTINUE ED ROMAN'S RESPONSE DATE TO DEFENDANTS BERNIE (BERNARD) CHASE'S AND CHRIS ANDREOLI'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** |

　　　　Defendants BERNIE (BERNARD) CHASE ("Chase") and CHRIS ANDREOLI ("Andreoli") (collectively referred to herein as "Defendants") hereby submit this Errata to Ed Roman's and Defendants' Stipulation and Order to Continue Ed Roman's Response Date To

Defendants Bernie (Bernard) Chase's and Chris Andreoli's Motion to Compel Arbitration and Stay Litigation filed on February 15, 2011.

It was subsequently discovered that the parties inadvertently included defendant William (Bill) Harger in the Stipulation and Order as being represented by Kristen T. Gallagher, Esq. This is incorrect. Defendant William (Bill) Harger has not appeared in this matter and is not represented by Kristen T. Gallagher, Esq. Accordingly, Ed Roman and Defendants are the only parties who agreed and entered into said Stipulation and Order.

DATED this 16th day of February, 2011.

McDONALD CARANO WILSON LLP

By: /s/ *Kristen T. Gallagher*
JOSEPHINE BINETTI McPEAK, ESQ. (NSBN 7994)
KRISTEN T. GALLAGHER, ESQ. (NSBN 9561)
AMANDA C. YEN, ESQ. (NSBN 9726)
2300 W. Sahara Ave, Suite 1000
Las Vegas, NV 89102

*Attorneys for Defendants/Counterclaimants Bernie (Bernard) Chase and Christopher Andreoli*

218432

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-17-11